Matter of Marenfeld v Belinfante (2025 NY Slip Op 01220)

Matter of Marenfeld v Belinfante

2025 NY Slip Op 01220

Decided on March 5, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 5, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
VALERIE BRATHWAITE NELSON
CARL J. LANDICINO
DONNA-MARIE E. GOLIA, JJ.

2022-04714
 (Docket No. V-21289-19)

[*1]In the Matter of Jeffrey Marenfeld, appellant,
v
Ann Marie Belinfante, et al., respondents-respondents, et al., respondent.

Elliot Green, Brooklyn, NY, for appellant.
Jennifer Arditi, Maspeth, NY, for respondents-respondents.
Peter A. Wilner, Jamaica, NY, attorney for the child.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 6, the petitioner appeals from an order of the Family Court, Kings County (Javier E. Vargas, J.), dated August 24, 2020. The order granted the motion of the respondents Ann Marie Belinfante and Randall Belinfante to dismiss the petition for lack of standing.
ORDERED that the order is affirmed, without costs or disbursements.
Upon the adoption of the subject child in 2008, the petitioner's parental rights ceased (see Domestic Relations Law § 117; Matter of William N. v Maria D., 194 AD3d 939, 939-940). The petitioner, therefore, lacked standing to seek visitation with the child 11 years later (see Matter of Michelle N. v Sandra N., 79 AD3d 753; Matter of Seasia D. [Kareem W.], 75 AD3d 548, 551; Matter of Kevin W. v Monique T., 38 AD3d 672, 673).
The parties' remaining contentions either need not be reached in light of our determination or are without merit.
Accordingly, the Family Court properly granted the motion of the respondents Ann Marie Belinfante and Randall Belinfante to dismiss the petition for lack of standing.
CONNOLLY, J.P., BRATHWAITE NELSON, LANDICINO and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court